*Aboulafia Law Firm, LLC*

228 E. 45TH ST
SUITE 1700
NEW YORK, NY 10017
TELEPHONE (212) 684-1422
TELECOPIER (212) 684-1428
www.aboulaw.com

**MATTHEW S. ABOULAFIA**

JACK GLANZBERG
MURAD SARDAR

November 15, 2016

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Courtroom N504
Brooklyn, NY 11201

    **Re: Joseph Frankel and Rivky Frankel v. The Automobile Ins. Co. of Hartford, Connecticut (Travelers)**
    **Docket No.: 16-cv-04735 (WFK)(VMS)**

Dear Judge Scanlon:

    The undersigned represents the Plaintiffs with respect to the above-referenced matter. Please be advised that the parties have reached a settlement of this action, and respectfully request that the Court can mark same as disposed. Defendant will be filing a stipulation of discontinuance within the coming days. Additionally, the status conference scheduled for this afternoon at 4:30 p.m. should be cancelled.

    Thank you very much for your time and attention to this matter.

                            Very truly yours,

                             Matthew S. Aboulafia, Esq.