UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH FRANKEL AND RIVKY FRANKEL,

                                    Plaintiffs,

                                                            Docket No.: 16 CV 4735 (WFK)(VMS)

        -against-                                           STIPULATION OF DISMISSAL
                                                            WITH PREJUDICE

THE AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT (TRAVELERS),

                                    Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that the above-entitled action be and is hereby dismissed with prejudice without costs to either party as against the other.

Dated: New York, New York
       ~~October 15,~~ *November* 2016

ABOULAFIA LAW FIRM LLC                          LAZARE POTTER & GIACOVAS LLP

By:    Matthew S. Aboulafia, Esq.               By:    Patricia Dee Bilka, Esq.
228 East 45th Street, Suite 1700                875 Third Avenue, 28th Floor
New York, New York 10017                        New York, New York 10022
(212) 684-1422                                  (212) 758-9300
Attorneys for Plaintiffs                        Attorneys for Defendant


So Ordered:

    s/ WFK

William F. Kuntz, II
United States District Court Judge